# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seabright, J. Michael | District Court - Hawaii | 04/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

300 Ala Moana Blvd.
Room C-435
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | ▓▓▓▓▓▓ Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | State of Hawaii Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Honolulu Federal Credit Union Accounts | A | Interest | K | T | | | | | |
| 2. State of Hawaii Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 3. Vanguard Age-Based Option (529 Plan) | | None | J | T | | | | | |
| 4. Ishares Russell 1000 Growth ETF (IWF) | B | Dividend | M | T | | | | | |
| 5. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 6. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 7. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 8. | | | | | Sold (part) | 04/11/14 | J | A | |
| 9. | | | | | Buy (add'l) | 08/15/14 | K | | |
| 10. Ishares Russell 1000 Value ETF (IWD) | B | Dividend | M | T | | | | | |
| 11. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 12. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 13. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 14. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 15. | | | | | Sold (part) | 08/15/14 | J | B | |
| 16. Ishares Russell 2000 Growth ETF (IWO) | A | Dividend | K | T | | | | | |
| 17. | | | | | Buy (add'l) | 01/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 19. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 20. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 21. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 22. Ishares Russell 2000 Value ETF (IWN) | A | Dividend | K | T | | | | | |
| 23. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 24. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 25. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 26. | | | | | Sold (part) | 04/11/14 | J | A | |
| 27. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 28. Ishares Russell Midcap Growth ETF (IWP) | A | Dividend | K | T | | | | | |
| 29. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 30. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 31. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 32. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 33. | | | | | Sold (part) | 08/15/14 | J | A | |
| 34. Ishares Russell Midcap Value ETF (IWS) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 36. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 37. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 38. | | | | | Sold (part) | 04/11/14 | J | A | |
| 39. | | | | | Sold (part) | 08/15/14 | J | A | |
| 40. SPDR Barclays Capital High Yield (JNK) | B | Dividend | K | T | | | | | |
| 41. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 42. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 43. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 44. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 45. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 46. SPDR Barclays Capital International (BWX) | A | Dividend | J | T | | | | | |
| 47. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 48. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 49. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 50. | | | | | Sold (part) | 04/11/14 | J | A | |
| 51. | | | | | Buy (add'l) | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard FTSE Developed Markets (VEA) | C | Dividend | M | T | | | | | |
| 53. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 54. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 55. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 56. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 57. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 58. Vanguard FTSE Emerging Markets (VWO) | A | Dividend | K | T | | | | | |
| 59. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 60. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 61. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 62. | | | | | Sold (part) | 04/11/14 | J | A | |
| 63. | | | | | Sold (part) | 08/15/14 | J | A | |
| 64. Vanguard Short Term Bond (BSV) | A | Dividend | L | T | | | | | |
| 65. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 66. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 67. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 68. | | | | | Buy (add'l) | 04/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 08/15/14 | K | A | |
| 70. Vanguard Total Bond Market (BND) | B | Dividend | K | T | | | | | |
| 71. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 72. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 73. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 74. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 75. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 76. Invesco Premier Inst (IPPXX) | A | Dividend | K | T | | | | | |
| 77. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 78. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 79. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 80. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 81. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 82. Putman Capital Spectrum C (IRA) (PVSCX) | C | Dividend | L | T | | | | | |
| 83. Blackrock Global Allocation C (IRA) (MCLOX) | C | Dividend | K | T | | | | | |
| 84. Morgan Stanley Cash Account (X) | A | Dividend | K | T | | | | | |
| 85. Property Located in Honolulu, HI | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 85: Value of property located in Honolulu, Hawaii as of 12/31/14 is estimated, based on the actual sale price of the property in 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 04/03/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ J. Michael Seabright

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544